# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-CR-20 |
| v. | ) | |
| | ) | JUDGES JORDAN / MCCOOK |
| MARTEZ S. WILSON, | ) | |
|    a/k/a "Scooter," | ) | |
|    a/k/a "Tez," | ) | |
| JEFFREY L. SCALES, | ) | |
|    a/k/a "Blue," | ) | |
|    a/k/a "Dreads," | ) | |
| DONALD W. MCCRAINEY, | ) | |
|    a/k/a "D," | ) | |
| SHELTON M. MCCRAINEY, | ) | |
|    a/k/a "Shells," | ) | |
| LAUREN S. MANNS, | ) | |
| KEYASIA F. DAVIS, | ) | |
|    a/k/a "Key," | ) | |
| SHARDE R. SIMMON, | ) | |
|    a/k/a "Moody," | ) | |
| MICHELE C. MAXWELL, | ) | |
| SAMUEL B. HARRIS, | ) | |
|    a/k/a "Snoop," | ) | |
|    a/k/a "Tip," and | ) | |
| DESHAWN A. HEADE | ) | |

## ORDER

Upon motion of the United States and for good cause shown it is hereby ORDERED that

the indictment in case number 3:22-CR-20 be unsealed as to the above captioned defendants.

ENTER:

_____
JILL E. MCCOOK
United States Magistrate Judge